**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ZAREH VARDANYAN,

Petitioner,

v.

ICE (LOS ANGELES FIELD OFFICE), *et al.*,

Respondents.

Case No. 2:26-cv-02530-JWH-DTB

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. Judgment shall be entered **DENYING** the Petition and **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

Dated: July 22, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE